FILED

05/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0517

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0517

_____

JRN HOLDINGS, LLC, A LIMITED LIABILITY
COMPANY,

      Plaintiff and Appellant,

      v.

DEARBORN MEADOWS LAND OWNERS
ASSOCIATION, INC., A MONTANA
NONPROFIT CORPORATION, ITS            O R D E R
PRESIDENT, JIM BECK, ITS VICE
PRESIDENT, PAT RACICOT, ITS
REPRESENTATIVE OF RECORD, ART
POWELL, AND DOES 1 - 100, CONSISTING
OF ALL OTHERS WHO CLAIM A
NON-CONSENSUAL RIGHT OF ACCESS
ACROSS PLAINTIFF'S REAL PROPERTY,

      Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the District Judge in Department A, Cascade County.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2021